# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BELL,** | : | |
|    Petitioner | : | |
| | : | No. 1:22-cv-02011 |
| v. | : | |
| | : | (Judge Rambo) |
| **STEPHEN SPAULDING,** | : | |
|    Respondent | : | |

# ORDER

**AND NOW**, on this 6th day of June 2023, upon consideration of <u>pro se</u> Petitioner Brandon Bell ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Sylvia H. Rambo</u>
SYLVIA H. RAMBO
United States District Judge
